LOWLIS EDWARD CANNON v. THE STATE.

No. 18770.   Delivered March 10, 1937.
Rehearing Denied June 2, 1937.

■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■

■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■■■■■

The opinion states the case.

*Savage, Holder & Oatis* and *Baskett & Parks,* all of Dallas, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

KRUEGER, JUDGE.—Appellant was convicted of the offense of theft of property over the value of fifty dollars, and his punishment was assessed at confinement in the state penitentiary for a term of five years.

The record is before us without a statement of facts or bills of exception. No defect either in the indictment or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment of the trial court is affirmed.

*Affirmed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

ON MOTION FOR REHEARING.

LATTIMORE, JUDGE.—Appellant moves for rehearing, and appends to his said motion what purports to be a statement of facts heard upon the trial of the case, and asks us to consider same in support of the motion for rehearing. Appellant makes his affidavit as to the correctness of said statement of facts, but admits same was not filed in the court below within the time fixed by statute. We, therefore, can not consider said statement of facts as a part of his record upon appeal or as supporting his motion for rehearing.

The motion for rehearing will be overruled.

*Overruled.*